IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VICTOR CHISESI

v.

TRU-COMFORT, INC.

Civil Action No. 17-5290 JFL

ORDER CANCELING SETTLEMENT CONFERENCE

      Please be advised that the in person settlement conference in the above-captioned case to be held on **THURSDAY, SEPTEMBER 20, 2018** at **9:30 AM** before the Honorable Henry S. Perkin, United States Magistrate Judge, is hereby CANCELED.

BY THE COURT:
ATTEST

/ss/ CARLENE L. KOHUT
DEPUTY CLERK TO HENRY S. PERKIN, USMJ
FOR INFORMATION CONTACT CHAMBERS
Phone: 610-434-3823
FAX: 610-434-5152

Date: May 10, 2018